UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY F. DURDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>EL DORADO COUNTY SHERIFF'S DEPARTMENT,<br><br>    Defendants. | No. 2:14-cv-0477 DAD P<br><br><br>ORDER |

On March 3, 2014, this court ordered plaintiff to submit within thirty days an application to proceed in forma pauperis or the filing fee. The court also ordered plaintiff to file within thirty days a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice.

Plaintiff has filed a motion to proceed in forma pauperis. A filing fee of $350.00 is required to commence a civil action in a federal district court. 28 U.S.C. § 1914(a). The court may authorize the commencement of an action without prepayment of fees or security therefor by a litigant who submits an affidavit demonstrating inability to pay. 28 U.S.C. § 1915(a). The undersigned finds that plaintiff's in forma pauperis application makes the showing required by the statute. Accordingly, the court will grant plaintiff's request to proceed in forma pauperis.

Plaintiff has not, however, filed a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Instead,

1

plaintiff has filed a document with the court styled as an "Affidavit." Once more, the court is unable to decipher what plaintiff is complaining about or what relief he is seeking in his "Affidavit." The court will grant plaintiff a final opportunity to file a proper complaint. In any complaint plaintiff elects to file, he should identify any defendants by name and should clarify what federal or constitutional right he believes each defendant has violated. Plaintiff must support his claims with factual allegations about each defendant's actions.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (Doc. No. 6) is granted; and

2. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: April 21, 2014

DAD:9
durd0477.nocompl(2)

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE