1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY F. DURDEN, | No. 2:14-cv-0477 DAD P |
| Plaintiff, | |
| v. | ORDER AND |
| EL DORADO COUNTY SHERIFF'S DEPARTMENT, | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

On April 22, 2014, the court instructed plaintiff for the second time that he needed to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice to properly commence this action. The court granted plaintiff thirty days to do so and warned him that his failure to comply with the order would result in a recommendation that this action be dismissed.

Once more, plaintiff has not filed a complaint in this action. Instead, plaintiff has filed two documents with the court, one styled "Charges" and the other styled as an "Affidavit." Again, the court is unable to decipher what plaintiff is complaining about or what relief he is seeking from this court. Under these circumstances, the court will recommend dismissal of this action.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a United States District Judge to this action.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 23, 2014

DAD:9
durd0477.nocompl(3)

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE