UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY F. DURDEN,

    Plaintiff,

  v.

EL DORADO COUNTY SHERIFF'S DEPARTMENT,

    Defendant.

No. 2:14-cv-0477 JAM DAD P

ORDER

On September 29, 2014, plaintiff filed a document styled "Affidavit." This civil rights action was closed on September 3, 2014. Plaintiff is advised that documents filed by him after the date this action was closed will be disregarded and no orders will issue in response to future filings.

Dated: October 6, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
durd0477.58